586

452 A.2d 42

Leisher, et ux., Appellants v. Givens, Jr., ex ux., et al. Petition for Allowance of Appeal Denied June 13, 1983.

Argued December 15, 1981. Daniel K. Deardoroff, for appellants; Mr. and Mrs. Frank Moore, appellees, in propria persona.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

452 A.2d 42

Manse, et ux. v. Stewart, et ux., Appellants.

Argued December 14, 1981. Richard A. James, for appellants; William George, for appellees.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.